Theodore TRIANTAFILOS v. UNITED STATES of America (Appellant), United States Maritime Commission, Pacific-Atlantic Steamship Company.

No. 10031.

United States Court of Appeals
Third Circuit.

Argued Jan. 4, 1950.

Decided Jan. 23, 1950.

Timothy J. Mahoney, Jr., Philadelphia, Pa. (Gerald A. Gleeson, United States Attorney, Thomas E. Byrne, Jr., Krusen, Evans & Shaw, Philadelphia, Pa., on the brief), for appellant.

Milton M. Borowsky, Philadelphia, Pa. (Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and MARIS and KALODNER, Circuit Judges.

PER CURIAM.

Upon consideration of the record in this case we can perceive no substantial error. Accordingly, the judgment of the court below will be affirmed. 87 F.Supp. 965.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. UNION BUS TERMINAL, Inc., Respondent.

No. 12968.

United States Court of Appeals
Fifth Circuit.

Feb. 8, 1950.

Hilbert P. Zarky, Sp. Asst. to Atty. Gen., Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Charles Oliphant, Ch. Cnsl. Bur. Int. Rev., Washington, D. C., John M. Morawski, Sp. Atty. Bur. Int. Rev., Washington, D. C., Edward J. P. Zimmerman, Sp. Asst. to Atty. Gen., A. F. Prescott, Sp. Asst. to Atty. Gen., for petitioner.

Robert A. Littleton, Washington, D. C., for respondent.

Before HUTCHESON, Chief Judge, and WALLER and BORAH, Circuit Judges.

PER CURIAM.

The decision and order of the Tax Court, 12 T.C. 197, is affirmed. U. S. v. Kingman, 5 Cir., 170 F.2d 408.